IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GARY EDWARD BROWN,** | : | **CIVIL ACTION NO. 1:05-CV-2448** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **PENNSYLVANIA STATE DEPARTMENT OF HEALTH** and **DOYLESTOWN HOSPITAL,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 11th day of August, 2006, upon consideration of *pro se* plaintiff's motion (Doc. 34) for production of medical records from a third party pursuant to a subpoena, see FED. R. CIV. P. 45 (providing that a party may subpoena the production of documents from third parties), and it appearing that plaintiff seeks the production of documents outside the Middle District of Pennsylvania (see Doc. 34, Subpoena (requesting a military personnel record from the director of the National Personnel Records Center in St. Louis, Missouri)), see FED. R. CIV. P. 45(a)(2) ("A subpoena must issue as follows: . . . for production and inspection, if separate from a subpoena commanding a person's attendance, from the court for the district where the production or inspection is to be made."), it is hereby ORDERED that the motion (Doc. 34) for the production of medical records from a third party is DENIED.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge