IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY EDWARD BROWN,** | : CIVIL ACTION NO. 1:05-CV-2448 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **PENNSYLVANIA STATE DEPARTMENT OF HEALTH and DOYLESTOWN HOSPITAL,** | : |
| **Defendants** | : |

## ORDER

AND NOW, this 7th day of February, 2007, upon consideration of the order of court dated December 7, 2006 (Doc. 56) granting *pro se* plaintiff an enlargement of time to file an opposition to the motion for summary judgment (Doc. 52) and requiring plaintiff to provide a copy of the DNA lab test results motion, and it appearing that the DNA lab test results were not available to plaintiff when he filed his opposition (see Doc. 60 at 12), it is hereby ORDERED that:

1. Briefing on the motion for summary judgment (Doc. 52) is STAYED pending submission by plaintiff of the DNA lab test results.

2. Upon submission of the DNA lab test results, plaintiff shall be permitted to file a supplemental brief in opposition to the motion for summary judgment (Doc. 52), limited solely to the issue of such results.

3. Defendant Doylestown Hospital shall be permitted to file a brief in reply within ten (10) days of plaintiff filing the DNA lab test results and supplemental brief.

  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge